**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF TENNESSEE

Case number *(if known)* _____     Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wrap It Up Construction, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1933055** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **212 Middlesboro Road**<br>**La Follette, TN 37766-4887**<br>Number, Street, City, State & ZIP Code | **P.O. Box 1092**<br>**La Follette, TN 37766**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Campbell**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Wrap It Up Construction, LLC**                                          Case number (*if known*) _____
            Name

**7.    Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**        *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | **Wrap It Up Construction, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**███ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Wrap It Up Construction, LLC**                                    Case number (*if known*) _____
          _____
          Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 30, 2018**
               _____
               MM / DD / YYYY

**X** **/s/ Tony Poteet**                                    **Tony Poteet**
_____             _____
Signature of authorized representative of debtor    Printed name

Title    **Member/Manager**
         _____

**18. Signature of attorney**

**X** **/s/ Lynn Tarpy TN**                          Date    **August 30, 2018**
_____                     _____
Signature of attorney for debtor                                MM / DD / YYYY

**Lynn Tarpy TN 006017 006017**
_____
Printed name

**Tarpy, Cox, Fleishman & Leveille, PLLC**
_____
Firm name

**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
_____
Number, Street, City, State & ZIP Code

Contact phone    **(865) 588-1096**    Email address    **ltarpy@tcflattorneys.com**

**006017 TN**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Wrap It Up Construction, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 30, 2018**    *X* **/s/ Tony Poteet**
Signature of individual signing on behalf of debtor

**Tony Poteet**
Printed name

**Member/Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Wrap It Up Construction, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................    $              0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................    $        259,759.79

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................    $        259,759.79

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $              0.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $        318,467.69

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$        504,718.00

4.   **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b    |    $        823,185.69

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Wrap It Up Construction, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Home Federal Bank**<br>**300 Main Street**<br>**Jacksboro, Tennessee 37757** | **Checking** | **6424** | **$8,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                    **$8,000.00**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 89,638.59 | - | 0.00 | = .... | $89,638.59 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Wrap It Up Construction, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 11b. Over 90 days old: | **160,421.20** | - | **0.00** =.... | **$160,421.20** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$250,059.79** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** **Two metal desks and misc. tables** | **$0.00** | **Liquidation** | **$100.00** |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.** | **$100.00** |
|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | |

| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?** |
|---|---|
| | ☑ No |
| | ☐ Yes |

| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?** |
|---|---|
| | ☑ No |
| | ☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Wrap It Up Construction, LLC** | Case number *(if known)* |
|--------|----------------------------------|--------------------------|
|        | Name |  |

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Misc. ladders, old electric cement mixer, motorized compacter | $0.00 | Liquidation | $1,600.00 |

---

**51.   Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $1,600.00 |
|-----------|

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☑ Yes Fill in the information below.

Current value of debtor's interest

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Wrap It Up Construction, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Liability of USA Debusk, LLC as successor in interest to debtor for liabilities, losses, damages and other obligations after assignment of contracts** | **Unknown** |

| Nature of claim | **Damages** |
|---|---|
| Amount requested | **$300,000.00** |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br><br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Wrap It Up Construction, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $250,059.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,600.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $259,759.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $259,759.79 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

11:36 AM
08/29/18

Page 1

# Wrap It Up Construction, LLC
## A/R Aging Summary
### As of August 29, 2018

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| 3000 - FLEET CARD | 0.00 | 0.00 | 0.00 | 0.00 | 2,242.03 | 2,242.03 |
| 1001 - Participation | 0.00 | 0.00 | 0.00 | 0.00 | 3,272.49 | 3,272.49 |
| 1385 FRESENIUS R & D MODIFICATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 80.00 |
| 389 Press Job Lamarr St | 0.00 | 0.00 | 0.00 | 2,208.90 | 39,998.53 | 42,207.43 |
| Local #46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 1,050.00 |
| 1300-Presbyterian Church | 0.00 | 0.00 | 0.00 | 0.00 | 3,261.60 | 3,261.60 |
| 356 Fresenius Biofine | 0.00 | 0.00 | 0.00 | 0.00 | 51,467.25 | 51,467.25 |
| 384-KUB HOC Mechanical Upgrades | 0.00 | 0.00 | 0.00 | 0.00 | 34,200.57 | 34,200.57 |
| 390 -Newport Medical Radiology Pipes | 0.00 | 0.00 | 0.00 | 0.00 | 1,950.00 | 1,950.00 |
| 1373-Bldg 5100 Boiler Insulation | 0.00 | 0.00 | 0.00 | 0.00 | 222.50 | 222.50 |
| 1069 MAX LAB | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 1369 LMU Vet Medicine | 0.00 | 0.00 | 0.00 | 0.00 | 2,655.00 | 2,655.00 |
| 1362-ORNL Bldg 6000 Chiller Replacement | 0.00 | 0.00 | 0.00 | 0.00 | 13,391.70 | 13,391.70 |
| 1306-Sacred Heart Cathedral | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 | 960.00 |
| 1329-Y-12 UPF CSB PLUMBING | 0.00 | 0.00 | 0.00 | 0.00 | 812.50 | 812.50 |
| 1350-13TH St UTK Lab Bldg | 0.00 | 0.00 | 87,429.69 | 0.00 | 3,003.00 | 90,432.69 |
| 1359-DOE UPF CSB | 0.00 | 0.00 | 0.00 | 0.00 | 1,854.03 | 1,854.03 |
| 1002-Rotary Kiln (Gillespie & Powers) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL | 0.00 | 0.00 | 87,429.69 | 2,208.90 | 160,421.20 | 250,059.79 |

**Fill in this information to identify the case:**

Debtor name    **Wrap It Up Construction, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Wrap It Up Construction, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Asbestos Worker Local 46**<br>**Apprenticeship**<br>**Home Federal Bank**<br>**515 Market Street**<br>**Knoxville, TN 37902** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,356.44 | $5,356.44 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Asbestos Workers Local**<br>**46Annuity Board**<br>**PO Box 1449**<br>**Goodlettsville, TN 37070** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,557.99 | $41,557.99 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Wrap It Up Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.62 | $100.62 |
|---|---|---|---|---|
| | **CALM**<br>**PO Box 5058**<br>**Oak Ridge, TN 37831-5050** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|
| | **Carpenters' Union**<br>**1005 Floyd Culler Ct**<br>**Oak Ridge, TN 37830** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.04 | $30.04 |
|---|---|---|---|---|
| | **Helmets to Hardhats**<br>**Center for Military Rave**<br>**Management Trus**<br>**815 16th NW**<br>**Ste 600**<br>**Washington, DC 20006-4104** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,661.38 | $2,661.38 |
|---|---|---|---|---|
| | **Laborors' National Pension Fund**<br>**PO Box 803415**<br>**Dallas, TX 75380-3415** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Employee benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 2 of 7**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Wrap It Up Construction, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $606.87 | $606.87 |
|---|---|---|---|---|

**LMCT**
**Attn: Travis Johnson**
**Local 46 Financial Sec**
**1411 Leigh Lane**
**Knoxville, TN 37920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Local 46 Insulators**
**826 Stewart Street**
**Knoxville, TN 37917**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefits - Notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49,871.77 | $49,871.77 |
|---|---|---|---|---|

**Local 46 Union Dues**
**Attn: Travis Johnson**
**1411 Leigh Lane**
**Knoxville, TN 37920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Union dues**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $0.00 |
|---|---|---|---|---|

**Local 818 Laborers**
**10412 Lexington Drive**
**Knoxville, TN 37932**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| Debtor | Wrap It Up Construction, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.41 | $0.00 |
|---|---|---|---|---|

**MidSouth Caroenters Regional Council**
**H&W Fund Fringe Account**
**c/o Southern Benefits Admin, Inc.**
**PO Box 1449**
**Goodlettsville, TN 37070-1449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,008.00 | $7,008.00 |
|---|---|---|---|---|

**Southeast Labors' Health Fund**
**Escrow Acc**
**PO Box 1449**
**Goodlettsville, TN 37070-1449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.17 | $581.17 |
|---|---|---|---|---|

**Tri-State Carpenters Pension Fund**
**PO Box 1449**
**Goodlettsville, TN 37070-1449**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00 | $0.00 |
|---|---|---|---|---|

**Trustees of the National Asbestos**
**Worker**
**CARDAY**
**PO Box 17625**
**Baltimore, MD 21297**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| Debtor | **Wrap It Up Construction, LLC** | Case number (if known) | |
|--------|----------------------------------|------------------------|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**1450 WLAF**
**PO Box 1450**
**La Follette, TN 37766**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Radio ad**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.2** | Nonpriority creditor's name and mailing address

**Associated Scaffolding**
**PO Box 2129**
**Durham, NC 27702-2129**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$232.00**

---

**3.3** | Nonpriority creditor's name and mailing address

**Auto Owners Insurance**
**PO Box 740312**
**Cincinnati, OH 45274-0312**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

**$8,221.00**

---

**3.4** | Nonpriority creditor's name and mailing address

**Breeding Insulation Co. of Chattanooga**
**PO Box 5187**
**Chattanooga, TN 37406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$4,824.00**

---

**3.5** | Nonpriority creditor's name and mailing address

**Chubb Workers Comp**
**PO Box 3556**
**Orlando, FL 32802-3556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Workers Comp**

Is the claim subject to offset? ■ No ☐ Yes

**$12,018.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Comcast Cable**
**PO Box 105184**
**Atlanta, GA 30348-5184**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cable**

Is the claim subject to offset? ■ No ☐ Yes

**$745.00**

---

**3.7** | Nonpriority creditor's name and mailing address

**Double S Bookeeping**
**116 Cumberland Lane**
**Jacksboro, TN 37757**

Date(s) debt was incurred  **2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

| Debtor | **Wrap It Up Construction, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,046.00 |
|---|---|---|---|

**Foundation Building Materials, LLC**
PO Box 744398
Atlanta, GA 30374-4398

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Materials**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300,000.00 |
|---|---|---|---|

**G&A Environmental Contractors, LLC**
c/o Garrett Swartwood, Esquire
1111 N. Northshore Drive
Suite 700
Knoxville, TN 37919

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,159.00 |
|---|---|---|---|

**Home Depot Credit Services**
PO Box 689100
Des Moines, IA 50368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

Basis for the claim:  **Materails and supplies**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $265.00 |
|---|---|---|---|

**Insulation Fabricators**
2501 E. 165th Street
Suite 3
Hammond, IN 46320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Materials**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Knoxville Blueprint**
PO Box 3293
Knoxville, TN 37927

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.00 |
|---|---|---|---|

**Liberty Mutual**
PO Box 2027
Keene, NH 03431-7027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,656.00 |
|---|---|---|---|

**Lowes Business Acct/GEMB**
P.O. Box 965004
Orlando, FL 32896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Last 4 digits of account number _

Basis for the claim:  **Materials and supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Wrap It Up Construction, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,264.00 |
|---|---|---|---|
| | **Park Med Urgent Care Center**<br>**PO Box 410229**<br>**Nashville, TN 37241-0229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Medical** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,803.00 |
|---|---|---|---|
| | **S&ME, Inc**<br>**PO Box 277523**<br>**Atlanta, GA 30384-7523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,000.00 |
|---|---|---|---|
| | **ShoffnerKaltoff MES, Inc**<br>**3600 Papermill Drive**<br>**Knoxville, TN 37909-1518** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,900.00 |
|---|---|---|---|
| | **Shook & Fletcher**<br>**PO Box 380501**<br>**Birmingham, AL 35238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Materials** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **R. Jan Jennings, Esquire**<br>**223 Rosa L. Parks Avenue**<br>**Suite 200**<br>**Nashville, TN 37203** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Robert P. Noel, Esquire**<br>**PO Box 900**<br>**Knoxville, TN 37901-0900** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 318,467.69 |
| 5b. Total claims from Part 2 | 5b. + | $ | 504,718.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 823,185.69 |

**Fill in this information to identify the case:**

Debtor name   **Wrap It Up Construction, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Wrap It Up Construction, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Del-Air Mechanical Contractors** | **Kenneth Lay, Registered Agent 135 Chickamauga Ave Knoxville, TN 37917 Disputes** | **G&A Environmental Contractors, LLC** | ☐ D _____ ■ E/F ___3.9___ ☐ G _____ |
| 2.2 | **Dwayne Lay** | **135 Chickamauga Ave Knoxville, TN 37917 Disputes** | **G&A Environmental Contractors, LLC** | ☐ D _____ ■ E/F ___3.9___ ☐ G _____ |
| 2.3 | **Tony Poteet** | **212 Middlesboro Road La Follette, TN 37766** | **Home Depot Credit Services** | ☐ D _____ ■ E/F ___3.10___ ☐ G _____ |
| 2.4 | **Tony Poteet** | **212 Middlesboro Road La Follette, TN 37766** | **Lowes Business Acct/GEMB** | ☐ D _____ ■ E/F ___3.14___ ☐ G _____ |
| 2.5 | **Tony Poteet** | **212 Middlesboro Road La Follette, TN 37766 Disputes debt** | **G&A Environmental Contractors, LLC** | ☐ D _____ ■ E/F ___3.9___ ☐ G _____ |

Debtor    **Wrap It Up Construction, LLC**                          Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.6 | **Tony Poteet** | **212 Middlesboro Road**<br>**La Follette, TN 37766**<br>**Disputes** | **ShoffnerKaltoff MES, Inc** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Wrap It Up Construction, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$877,565.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$2,470,082.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$2,072,818.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Wrap It Up Construction, LLC**                                              Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | G&A Environmetal Contractors, LLC v. Wrap It Up Construction, LLC, et al 195989-1 | Contract and cross claim | Knox County Chancery Court Main Avenue, City County Building Room 125 Knoxville, TN 37902 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | ShoffnerKalthoff MES, Inc. v. Wrap It up Construction, LLC, et al 12585 | Collection on a building job | Loudon County Chancery Court P.O. Box 509 Loudon, TN 37774-0509 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Southeast Laborers Health Fund v. Wrap It Up Construction, LLC 3:18-cv-0532 | Collection suit for employee benfits | U.S. District Court, M.D. Tennessee 801 Broadway Nashville, TN 37203 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Trustees of the National Asbestos Workers Medical Fund, et al v. Wrap It up Construction, LLC 1:18-cv-01911-TDC | Collection suit for employee benefits | U.S. District Court Maryland | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Wrap It Up Construction, LLC**                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5.   **Del-Air v. Wrap It Up, et al**<br>**195989-1** | **Cross claim in G&A suit** | **Knox County Chancery Court**<br>**Main Avenue, City County Building**<br>**Room 125**<br>**Knoxville, TN 37902** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6.   **Insulators and Allied Workers Local 46 Annuity Fund v. Wrap It Up Construction, LLC**<br>**18-cv-00778** | **Breach of contract for employee benefits and injunction** | **US District Court, Middle District of TN**<br>**Estes Kefauver Federal Building**<br>**801 Broadway**<br>**#800**<br>**Nashville, TN 37203** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of**
**the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11.    Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
relief, or filing a bankruptcy case.

☐ None.

Debtor   **Wrap It Up Construction, LLC**                                        Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Tarpy, Cox, Fleishman & Leveille, PLLC** **1111 N Northshore Dr** **Suite N-290** **Knoxville, TN 37919** | **Attorney Fees** | **May 2018** | **$3,500.00** |
| | **Email or website address** **ltarpy@tcflattorneys.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **USA DeBUSK, LLC** **1005 W. 8th Street** **Deer Park, TX 77536** | **See attached list of assets** | **January 22, 2018** | **$97,500.00** |
| | **Relationship to debtor** **None** | | | |

**Part 7:**   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **191 E. Industrial Park Drive** **Jacksboro, TN 37757** | **Sept 2009 - March 2018** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Wrap It Up Construction, LLC**                                Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Wrap It Up Construction, LLC** | Case number *(if known)* |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor   **Wrap It Up Construction, LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Double S Bookkeeping**<br>**116 Cumberland Lane**<br>**La Follette, TN 37766** | **February 2008 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Double S Bookkeeping**<br>**116 Cumberland lane**<br>**La Follette, TN 37766** | |
| 26c.2.   **Tony Poteet**<br>**212 Middlesboro Road**<br>**La Follette, TN 37766** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Home Federal Bank**<br>**300 Main Street**<br>**Jacksboro, TN 37757** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tony Poteet** | **212 Middlesboro Road**<br>**La Follette, TN 37766** | **Managing member** | **20%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Angie Poteet** | **212 Mddlesboro Road**<br>**La Follette, TN 37766** | **Member** | **31%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **JJ Dower** | **La Follette, TN 37766** | **Member** | **23%** |

Debtor    **Wrap It Up Construction, LLC** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Traci Dower** | **La Follette, TN 37766** | **Member** | **26%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

 ■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | **Paid weekly at $1,250.00 weekly from September 2017 through January 2018 and then again for five weeks in mid-April until mid-May. Plus a one time payment in June 2018 of approx. $1,000 for a specific job in Alcoa.** | |
| | **Tony Poteet** | $34,750 | | **Salary** |
| | **Relationship to debtor**<br>**Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Tristate Carpenters Pension Fund Local 50 Supplemental Pension Plan** | **EIN:     62-6091747** |

Debtor    **Wrap It Up Construction, LLC**                                   Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the parent corporation | |
|---|---|---|
| **IUPAT Pension Fund Local 437** | EIN: | **52-6073909** |
| **Laborers National Pension Fund Local 818** | EIN: | **237100845 and 751280827** |
| **Central Pension Fund Local 917** | EIN: | **36-6052390** |
| **Iron Workers Fringe Benefits Funds Local 384** | EIN: | **62-6098036** |
| **Bricklayers International Pension Fund Local 8** | EIN: | **46-3121657** |
| **National Asbestos Workers Pension Fund Local 46** | EIN: | **52-6038497** |
| **Natonal Asbestos Workers Medical Fund** | EIN: | **52-6038498** |
| **Southern Benefits Annuity Fund** | EIN: | **20-4235805** |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 30, 2018**

**/s/ Tony Poteet**                                              **Tony Poteet**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Tennessee

In re   **Wrap It Up Construction, LLC**                       Case No.

                                             Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **August 30, 2018**                      **/s/ Tony Poteet**

                                               **Tony Poteet**/Member/Manager
                                               Signer/Title

Date:   **August 30, 2018**                      **/s/ Lynn Tarpy TN**

                                               Signature of Attorney
                                               **Lynn Tarpy TN 006017 006017**
                                               **Tarpy, Cox, Fleishman & Leveille, PLLC**
                                               **1111 N Northshore Dr**
                                               **Suite N-290**
                                               **Knoxville, TN 37919**
                                               **(865) 588-1096   Fax: (865) 588-1171**

.

Lynn Tarpy TN
Tarpy, Cox, Fleishman & Leveille, PLLC
1111 N Northshore Dr
Suite N-290
Knoxville, TN 37919

1450 WLAF
PO Box 1450
La Follette, TN 37766

Asbestos Worker Local 46 Apprenticeship
Home Federal Bank
515 Market Street
Knoxville, TN 37902

Asbestos Workers Local 46Annuity Board
PO Box 1449
Goodlettsville, TN 37070

Associated Scaffolding
PO Box 2129
Durham, NC 27702-2129

Auto Owners Insurance
PO Box 740312
Cincinnati, OH 45274-0312

Breeding Insulation Co. of Chattanooga
PO Box 5187
Chattanooga, TN 37406

CALM
PO Box 5058
Oak Ridge, TN 37831-5050

Carpenters' Union
1005 Floyd Culler Ct
Oak Ridge, TN 37830

Chubb Workers Comp
PO Box 3556
Orlando, FL 32802-3556

Comcast Cable
PO Box 105184
Atlanta, GA 30348-5184

Del-Air Mechanical Contractors
Kenneth Lay, Registered Agent
135 Chickamauga Ave
Knoxville, TN 37917

Double S Bookeeping
116 Cumberland Lane
Jacksboro, TN 37757

Dwayne Lay
135 Chickamauga Ave
Knoxville, TN 37917

Foundation Building Materials, LLC
PO Box 744398
Atlanta, GA 30374-4398

G&A Environmental Contractors, LLC
c/o Garrett Swartwood, Esquire
1111 N. Northshore Drive
Suite 700
Knoxville, TN 37919

Helmets to Hardhats
Center for Military Rave Management Trus
815 16th NW
Ste 600
Washington, DC 20006-4104

Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368

Insulation Fabricators
2501 E. 165th Street
Suite 3
Hammond, IN 46320

Knoxville Blueprint
PO Box 3293
Knoxville, TN 37927

Laborors' National Pension Fund
PO Box 803415
Dallas, TX 75380-3415

Liberty Mutual
PO Box 2027
Keene, NH 03431-7027

LMCT
Attn: Travis Johnson
Local 46 Financial Sec
1411 Leigh Lane
Knoxville, TN 37920

Local 46 Insulators
826 Stewart Street
Knoxville, TN 37917

Local 46 Union Dues
Attn: Travis Johnson
1411 Leigh Lane
Knoxville, TN 37920

Local 818 Laborers
10412 Lexington Drive
Knoxville, TN 37932

Lowes Business Acct/GEMB
P.O. Box 965004
Orlando, FL 32896

MidSouth Caroenters Regional Council
H&W Fund Fringe Account
c/o Southern Benefits Admin, Inc.
PO Box 1449
Goodlettsville, TN 37070-1449

Park Med Urgent Care Center
PO Box 410229
Nashville, TN 37241-0229

R. Jan Jennings, Esquire
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

Robert P. Noel, Esquire
PO Box 900
Knoxville, TN 37901-0900

S&ME, Inc
PO Box 277523
Atlanta, GA 30384-7523

ShoffnerKaltoff MES, Inc
3600 Papermill Drive
Knoxville, TN 37909-1518

Shook & Fletcher
PO Box 380501
Birmingham, AL 35238

Southeast Labors' Health Fund Escrow Acc
PO Box 1449
Goodlettsville, TN 37070-1449

Tony Poteet
212 Middlesboro Road
La Follette, TN 37766

Tri-State Carpenters Pension Fund
PO Box 1449
Goodlettsville, TN 37070-1449

Trustees of the National Asbestos Worker
CARDAY
PO Box 17625
Baltimore, MD 21297

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Wrap It Up Construction, LLC**

Debtor(s)

Case No.

Chapter  **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wrap It Up Construction, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 30, 2018**

Date

**/s/ Lynn Tarpy TN**

**Lynn Tarpy TN 006017 006017**
Signature of Attorney or Litigant
Counsel for   **Wrap It Up Construction, LLC**
**Tarpy, Cox, Fleishman & Leveille, PLLC**
**1111 N Northshore Dr**
**Suite N-290**
**Knoxville, TN 37919**
**(865) 588-1096 Fax:(865) 588-1171**
**ltarpy@tcflattorneys.com**